IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 10-mj-01010-MEH

UNITED STATES OF AMERICA,

    Plaintiff,

v.

LYLE YUSCHYSHYN,

    Defendant.

---

ORDER ( Docket No. 11 )

---

THIS MATTER coming before the Court upon motion of the government to dismiss the Complaint without prejudice, and the Court having considered the same,

IT IS HEREBY ORDERED that the Complaint is dismissed without prejudice this 10TH day of February, 2010.

        BY THE COURT:

        *[signature]*
        UNITED STATES MAGISTRATE JUDGE
        UNITED STATES DISTRICT COURT
        DISTRICT OF COLORADO